# sealed

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  DANIEL SCHIESS
    KIMBERLY M. FRAYN
 3  NICHOLAS DICKINSON
    Assistant United States Attorneys
 4  United States Attorney's Office
    333 Las Vegas Blvd., South, Suite 5000
 5  Las Vegas, Nevada 89101
    (702)388-6546 (Telephone)
 6  (702)388-6418 (Fax)

 7  Attorneys for Plaintiff
    United States of America
 8
```



FILED / ENTERED    RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 22 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                        DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| UNITED STATES OF AMERICA, | ) SEALED |
|---|---|
| Plaintiff, | ) 2:10-CR-314-LDG-LRL |
| vs. | ) STIPULATION TO CONTINUE |
| RICK BURGO, | ) SENTENCING DATE AND |
|  | ) PROPOSED ORDER |
| Defendant. | ) (Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between, DANIEL G. BOGDEN, United States Attorney, District of Nevada, Kimberly Frayn, Assistant United States Attorney, and Eric A. Chase, Esq., counsel for Defendant RICK BURGO, that the sentencing currently scheduled for February 18, 2010, at 9:00 a.m., be vacated and continued to a date convenient to the Court in approximately ninety (90) days.

This stipulation is entered into for the following reasons:

1. The parties agree that the reasonable delay requested herein is also necessary for the purpose of allowing the defendant to continue his cooperation with the government, including but not limited to, testifying before the Grand Jury, for the chance that the United States Attorney

1

1. may consider his cooperation substantial and may approve the filing of a government's motion for a sentencing reduction pursuant to guideline Section 5K.

2. Government counsel contacted counsel for the defense regarding the continuance, and the defense is in agreement with the request for continuance.

3. Consequently, the Government requests the sentencing in the instant case be postponed for approximately ninety (90) days.

5. This is the second request for a continuance of the Defendant's sentencing.

DATED this __14th__ day of February, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Eric A. Chase, Esq.
ERIC A. CHASE, Esq.
United Defense Group, LLP
4181 Sunswept Drive
Studio City, California 91604
Eric.Chase@UnitedDefenseGroup.com.
(800) 459-2500
Fax: (818) 487-7414

/s/ Kimberly M. Frayn
DANIEL SCHIESS
KIMBERLY M. FRAYN
NICHOLAS DICKINSON
Assistant U.S. Attorneys

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SEALED |
| | ) | |
| | ) | 2:10-CR-314-LDG-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING DATE AND |
| RICK BURGO, | ) | PROPOSED ORDER |
| | ) | (Second Request) |
| Defendant. | ) | |

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing currently scheduled for February 18, 2011 at 9:00 a.m., be vacated and continued for approximately ninety (90) days, to the _24th_ day of _May_, 2011, at the hour of _9:00 AM_.

DATED this _22_ day of February, 2011.

_____
LLOYD D. GEORGE
United States District Judge