

# SEALED

IN THE UNITED STATES DITRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | SEALED |
| | ) | |
| v. | ) | Case No. 2:10-CR-314-LDG-RJJ |
| | ) | |
| RICHARD BURGO | ) | **REQUEST TO CONTINUE** |
| | ) | **SENTENCING** |
| Defendant. | ) | ORDER |

Based upon the reasons stated in the REQUEST TO CONTINUE SENTENCING by defense counsel, Eric Chase, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing currently scheduled for June 27, 2011 at 9:00am, be vacated and continued to the __35y__ day of __Lyn__, 2011, at the hour of __4-22'r 0b 0__.

DATED this __27__ day of June, 2011.

_____
LLOYD D. GEORGE
United States District Judge

REQUEST TO CONTINUE SENTENCING