**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>             Plaintiff,                       )<br>                                                     )<br>       v.                                            )<br>                                                     )<br>RICHARD BURGO,                        )<br>                                                     )<br>             Defendant.                   ) | 2:10-CR-314-LDG (RJJ) |

**ORDER OF FORFEITURE**

This Court found on July 13, 2011, that RICHARD BURGO shall pay a criminal forfeiture money judgment of $1,926,129.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Docket #9.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RICHARD BURGO a criminal forfeiture money judgment in the amount of $1,926,129.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this ___19___ day of _____July_____, 2011.

_____
UNITED STATES DISTRICT JUDGE