UNITED DEFENSE GROUP, LLP
Eric Chase, SBN 148030
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant,
RICHARD BURGO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 2:10-CR-314-LDG-RJJ |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE** |
| ) | **SURRENDER DATE** |
| RICHARD BURGO ) | |
| Defendant. ) | |

Upon the Motion of defendant, Richard Burgo, and good cause appearing therefore, IT IS HEREBY ORDERED that the surrender date of this matter, presently set for August 12, 2011 at 12:00 p.m., be continued to  August 22, 2011  at  12 p.m .

Dated:  Aug 2011                              _____
                                                              Lloyd D. George
                                                              United States District Judge Presiding

-1-